**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed August 1, 2024.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-23-00566-CV

**PER MIDSTREAM, LLC, Appellant**

**V.**

**ETC NORTHEAST FIELD SERVICES, LLC, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-05208**

## MEMORANDUM OPINION

This interlocutory appeal is from an order signed July 18, 2023 denying appellant's special appearance. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(7). On July 24, 2024, the parties filed a joint motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.